

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00596-CV

**IN THE MATTER OF T.L.R.**, a Juvenile

From the 436th District Court, Bexar County, Texas
Trial Court No. 2014JUV00182
The Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 2, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice